|  CO  | FILE   | DEPT   | CLOCK | VCHR NO     | 062 |
|------|--------|--------|-------|-------------|-----|
| QYU  | 001555 | 190200 |       | 0000500255  | 1   |

*MOORE TRANSPORT OF TULSA, LLC*
*661 N. PLANO ROAD, STE 319*
*RICHARDSON, TX 75081*
*972-578-0606*

# Earnings Statement

**ADP**

Period Beginning: 12/02/2017
Period Ending: 12/08/2017
Pay Date: 12/15/2017

JAMES CASTERLINE
8459 FEE RD
ORWELL OH 44076

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   OH: 4

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 25.00 | 375.00 | 23,947.43 |
| Holiday | | | | 150.00 |
| Training Pay | | | | 750.00 |
| **Gross Pay** | | | **$375.00** | 24,847.43 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -22.97 | 1,535.45 |
| | Medicare Tax | -5.37 | 359.10 |
| | OH State Income Tax | -4.63 | 630.33 |
| | Federal Income Tax | | 1,464.39 |
| | **Other** | | |
| | Px Vision Eepre | -4.56* | 82.08 |
| | Advance | | 1,200.00 |
| | Draws | | 750.00 |
| | Per Diem | | -9,100.00 |
| | **Net Pay** | | **$337.47** |
| | Checking 1 | -337.47 | |
| | **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $370.44

© 2000 ADP, LLC

MOORE TRANSPORT OF TULSA, LLC
661 N. PLANO ROAD, STE 319
RICHARDSON, TX 75081
972-578-0606

Advice number: 00000500255
Pay date: 12/15/2017

Deposited to the account of
JAMES CASTERLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0241 | xxxx xxxx | $337.47 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO. | 062 |
|---|---|---|---|---|---|
| QYU | 001555 | 190200 | | 0000520249 | 1 |

## Earnings Statement 

*MOORE TRANSPORT OF TULSA, LLC*
*661 N. PLANO ROAD, STE 319*
*RICHARDSON, TX 75081*
*972-578-0606*

Period Beginning: 12/16/2017
Period Ending: 12/22/2017
Pay Date: 12/29/2017

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   OH: 4

JAMES CASTERLINE
8459 FEE RD
ORWELL OH 44076

**Earnings**
| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 36.50 | 547.50 | 24,911.18 |
| Holiday | | | | 150.00 |
| Training Pay | | | | 750.00 |
| **Gross Pay** | | | **$547.50** | 25,811.18 |

**Deductions**    Statutory
| | | |
|---|---|---|
| Federal Income Tax | -6.51 | 1,470.90 |
| Social Security Tax | -33.66 | 1,594.64 |
| Medicare Tax | -7.87 | 372.94 |
| OH State Income Tax | -10.04 | 646.15 |

Other
| | | |
|---|---|---|
| Px Vision Eepre | -4.56* | 91.20 |
| Advance | | 1,200.00 |
| Draws | | 750.00 |
| Per Diem | | -9,100.00 |
| **Net Pay** | | **$484.86** |
| Checking 1 | | -484.86 |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $542.94

---

*MOORE TRANSPORT OF TULSA, LLC*
*661 N. PLANO ROAD, STE 319*
*RICHARDSON, TX 75081*
*972-578-0606*

Advice number: 00000520249
Pay date: 12/29/2017

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JAMES CASTERLINE | xxxxxxx0241 | xxxx xxxx | $484.86 |

## NON-NEGOTIABLE

© 2000 ADP, LLC

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|
| QYU | 001555 | 190200 | | 0000024244 | 1 |

MOORE TRANSPORT OF TULSA, LLC
661 N. PLANO ROAD, STE 319
RICHARDSON, TX 75081
972-578-0606

# Earnings Statement 

Period Beginning: 12/23/2017
Period Ending: 01/05/2018
Pay Date: 01/12/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   OH: 4

JAMES CASTERLINE
8459 FEE RD
ORWELL OH 44076

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 33.00 | 495.00 | 945.00 |
| Holiday | | | 150.00 | 150.00 |
| **Gross Pay** | | | **$645.00** | 1,095.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -16.26 | 16.26 |
| | Social Security Tax | -39.70 | 67.32 |
| | Medicare Tax | -9.29 | 15.75 |
| | OH State Income Tax | -13.29 | 20.07 |
| | Other | | |
| | Px Vision Eepre | -4.56* | 9.12 |
| | **Net Pay** | **$561.90** | |
| | Checking 1 | -561.90 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $640.44

© 2000 ADP, LLC

MOORE TRANSPORT OF TULSA, LLC
661 N. PLANO ROAD, STE 319
RICHARDSON, TX 75081
972-578-0606

Advice number: 00000024244
Pay date: 01/12/2018

Deposited to the account of
JAMES CASTERLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0241 | xxxx xxxx | $561.90 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| | | | | | |
|---|---|---|---|---|---|
| CO | FILE | DEPT | CLOCK | VCHR. NO | 062 |
| QYU | 001555 | 190200 | | 0000040240 | 1 |

**Earnings Statement**

*MOORE TRANSPORT OF TULSA, LLC*
*661 N. PLANO ROAD, STE 319*
*RICHARDSON, TX 75081*
*972-578-0606*

Period Beginning: 01/13/2018
Period Ending: 01/19/2018
Pay Date: 01/26/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   OH: 4

JAMES CASTERLINE
8459 FEE RD
ORWELL OH 44076

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 16.75 | 251.25 | 1,796.25 |
| Overtime | | | | 16.88 |
| Holiday | | | | 300.00 |
| **Gross Pay** | | | **$251.25** | 2,113.13 |

**Important Notes**
EMPLOYER PHONE# 972-578-0606

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -15.29 | 129.88 |
| Medicare Tax | | -3.58 | 30.38 |
| OH State Income Tax | | -1.70 | 39.13 |
| Federal Income Tax | | | 44.71 |
| **Other** | | | |
| Px Vision Eepre | | -4.56* | 18.24 |
| Per Diem | | | -350.00 |
| **Adjustment** | | | |
| Per Diem | | +350.00 | |
| **Net Pay** | | **$576.12** | |
| Checking 1 | | -576.12 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $246.69

*MOORE TRANSPORT OF TULSA, LLC*
*661 N. PLANO ROAD, STE 319*
*RICHARDSON, TX 75081*
*972-578-0606*

Advice number: 00000040240
Pay date: 01/26/2018

Deposited to the account of
JAMES CASTERLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0241 | xxxx xxxx | $576.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR NO. | 062 |
| QYU | 001555 | 190200 | | 00000060241 | 1 |

# Earnings Statement

*MOORE TRANSPORT OF TULSA, LLC*
*661 N. PLANO ROAD, STE 319*
*RICHARDSON, TX 75081*
*972-578-0606*

Period Beginning: 01/27/2018
Period Ending: 02/02/2018
Pay Date: 02/09/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  OH: 4

JAMES CASTERLINE
8459 FEE RD
ORWELL OH 44076

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 379.35 | 2,175.60 |
| Pto | | | 150.00 | |
| Overtime | | | | 16.88 |
| Holiday | | | | 300.00 |
| **Gross Pay** | | | **$529.35** | 2,642.48 |

**Important Notes**
EMPLOYER PHONE# 972-578-0606

| **Deductions** | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -32.26 | 162.14 |
| Medicare Tax | | -7.54 | 37.92 |
| OH State Income Tax | | -9.28 | 48.41 |
| Federal Income Tax | | | 44.71 |
| **Other** | | | |
| Px Vision Eepre | | -9.12* | 27.36 |
| Per Diem | | | -700.00 |
| **Adjustment** | | | |
| Per Diem | | +350.00 | |
| **Net Pay** | | **$821.15** | |
| Checking 1 | | -821.15 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $520.23

---

MOORE TRANSPORT OF TULSA, LLC
661 N. PLANO ROAD, STE 319
RICHARDSON, TX 75081
972-578-0606

Advice number: 00000060241
Pay date: 02/09/2018

Deposited to the account of
JAMES CASTERLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0241 | xxxx xxxx | $821.15 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO | 062 |
|---|---|---|---|---|---|
| QYU | 001555 | 190200 | | 00000070241 | 1 |

Earnings Statement 

MOORE TRANSPORT OF TULSA, LLC  
661 N. PLANO ROAD, STE 319  
RICHARDSON, TX 75081  
972-578-0606

Period Beginning: 02/03/2018  
Period Ending: 02/09/2018  
Pay Date: 02/16/2018

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 4  
  OH: 4

JAMES CASTERLINE  
8459 FEE RD  
ORWELL OH 44076

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 350.80 | 2,526.40 |
| Overtime | | | | 16.88 |
| Holiday | | | | 300.00 |
| **Gross Pay** | | | **$350.80** | 2,993.28 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -21.46 | 183.60 |
| Medicare Tax | | -5.02 | 42.94 |
| OH State Income Tax | | -3.96 | 52.37 |
| Federal Income Tax | | | 44.71 |
| Other | | | |
| Px Vision Eepre | | -4.56* | 31.92 |
| Per Diem | | | -1,050.00 |
| Adjustment | | | |
| Per Diem | | +350.00 | |
| **Net Pay** | | **$665.80** | |
| Checking 1 | | -665.80 | |
| **Net Check** | | **$0.00** | |

**Important Notes**  
EMPLOYER PHONE# 972-578-0606

* Excluded from federal taxable wages  
Your federal taxable wages this period are $346.24

© 2000 ADP, LLC

---

MOORE TRANSPORT OF TULSA, LLC  
661 N. PLANO ROAD, STE 319  
RICHARDSON, TX 75081  
972-578-0606

Advice number: 00000070241  
Pay date: 02/16/2018

Deposited to the account of  
JAMES CASTERLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0241 | xxxx xxxx | $665.80 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| QYU | 001555 | 190200 |  | 0000080241 | 062 1 |

# Earnings Statement

![ADP]

MOORE TRANSPORT OF TULSA, LLC
661 N. PLANO ROAD, STE 319
RICHARDSON, TX 75081
972-578-0606

Period Beginning: 02/10/2018
Period Ending: 02/16/2018
Pay Date: 02/23/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   OH: 4

JAMES CASTERLINE
8459 FEE RD
ORWELL OH 44076

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular |  |  | 435.04 | 2,961.44 |
| Overtime |  |  |  | 16.88 |
| Holiday |  |  |  | 300.00 |
| **Gross Pay** |  |  | **$435.04** | 3,428.32 |

**Important Notes**
EMPLOYER PHONE# 972-578-0606

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Social Security Tax | -26.69 | 210.29 |
|  | Medicare Tax | -6.24 | 49.18 |
|  | OH State Income Tax | -6.30 | 58.67 |
|  | Federal Income Tax |  | 44.71 |
|  | **Other** |  |  |
|  | Advance | -150.00 | 150.00 |
|  | Px Vision Eepre | -4.56* | 36.48 |
|  | Per Diem |  | -1,400.00 |
|  | **Adjustment** |  |  |
|  | Per Diem | +350.00 |  |
|  | **Net Pay** | **$591.25** |  |
|  | Checking 1 | -591.25 |  |
|  | **Net Check** | **$0.00** |  |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $430.48

© 2000 ADP, LLC

---

MOORE TRANSPORT OF TULSA, LLC
661 N. PLANO ROAD, STE 319
RICHARDSON, TX 75081
972-578-0606

Advice number: 00000080241
Pay date: 02/23/2018

Deposited to the account of
JAMES CASTERLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0241 | xxxx xxxx | $591.25 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|
| QYU | 001555 | 190200 | | 0000090238 | 1 |

# Earnings Statement 

MOORE TRANSPORT OF TULSA, LLC
5966 HERITAGE CT
TOLEDO OH 43612

Period Beginning: 02/17/2018
Period Ending: 02/23/2018
Pay Date: 03/02/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  OH: 4

JAMES CASTERLINE
8459 FEE RD
ORWELL OH 44076

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 688.31 | 3,649.75 |
| Overtime | | | | 16.88 |
| Holiday | | | | 300.00 |
| **Gross Pay** | | | **$688.31** | 4,116.63 |

**Important Notes**
COMPANY PH #: 972-578-0606

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -14.24 | 58.95 |
| Social Security Tax | | -42.40 | 252.69 |
| Medicare Tax | | -9.92 | 59.10 |
| OH State Income Tax | | -14.74 | 73.41 |
| **Other** | | | |
| Advance | | -150.00 | 300.00 |
| Px Vision Eepre | | -4.56* | 41.04 |
| Per Diem | | | -1,750.00 |
| **Adjustment** | | | |
| Per Diem | | +350.00 | |
| **Net Pay** | | **$802.45** | |
| Checking 1 | | -802.45 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $683.75

© 2000 ADP, LLC

MOORE TRANSPORT OF TULSA, LLC
5966 HERITAGE CT
TOLEDO OH 43612

Advice number: 00000090238
Pay date: 03/02/2018

Deposited to the account of
JAMES CASTERLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0241 | xxxx xxxx | $802.45 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE